Submitted May 26, affirmed July 7, petition for review denied October 6, 2016
(360 Or 422)

RICHARD WILLIAM MOLNAR,
*Petitioner-Appellant,*

*v.*

John MYRICK,
Superintendent,
Two Rivers Correctional Institution,
*Defendant-Respondent.*

Umatilla County Circuit Court
CV131593; A158468

379 P3d 863

■■■■■■■■■■■■■■■■■■■■

Ryan T. O'Connor and O'Connor Weber LLP filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Paul L. Smith, Deputy Solicitor General, and Keith L. Kutler, Assistant Attorney General, filed the brief for respondent.

Before Ortega, Presiding Judge, and Lagesen, Judge, and Wilson, Senior Judge.

PER CURIAM

Affirmed. *Marquez v. Premo,* 275 Or App 1023, 365 P3d 695 (2015); *Asbill v. Angelozzi,* 275 Or App 408, 365 P3d 587 (2015).